# United States District Court
## Southern District of Georgia

KIENDAL R. TOOTLE,

    Petitioner,

               v.

LAWRENCE WHITTINGTON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:21-cv-35

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated September 1, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Petitioner's habeas petition is dismissed, and Petitioner is denied COA and in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_

September 10, 2021            John E. Triplett, Clerk of Court
*Date*                                                                      *Clerk*

*(By) Deputy Clerk*